IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PINCHAS RAUL,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BANK OF COMMERCE HOLDINGS, LYLE L. TULLIS, ORIN N. BENNETT, RANDALL S. ESLICK, JOSEPH Q. GIBSON, JON W. HALFHIDE, DAVID J. INDERKUM, LINDA J. MILES, DIANE D. MILLER, KARL L. SILBERSTEIN, and TERENCE J. STREET,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-07541-CM |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Pinchas Raul hereby voluntarily dismisses his claims in the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 15, 2021　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　By: */s/ Joshua M. Lifshitz*
　　　　　　　　　　　　　　　　　　　　　　　Joshua M. Lifshitz
　　　　　　　　　　　　　　　　　　　　　　　Email: jml@jlclasslaw.com
　　　　　　　　　　　　　　　　　　　　　　　**LIFSHITZ LAW FIRM, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　1190 Broadway
　　　　　　　　　　　　　　　　　　　　　　　Hewlett, New York 11557
　　　　　　　　　　　　　　　　　　　　　　　Telephone: (516) 493-9780
　　　　　　　　　　　　　　　　　　　　　　　Facsimile: (516) 280-7376

*Attorneys for Plaintiff*